# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

JS-6

| | |
|---|---|
| Futoshi Tachino,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>United States of America,<br><br>　　　　　　　　Defendant. | CV15-09193VAP<br>[CR09-00068 VAP]<br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that the Petition for Relief under 28 U.S.C. § 2255 is DENIED. Petitioner's request for a certificate of appealability is also DENIED. The Court orders that such judgment be entered.

Dated:　　5/17/16

　　　　　　　　　　　　　　　　　　　Virginia A. Phillips
　　　　　　　　　　　　　　　　　　　United States District Judge

1